In re Thomas, Willie, Sr., Estate of; Thomas, Mary Lou, Estate of; Wilson, Carey C.; Wilson, Henry; Thomas, Willie, Jr.; Watson, Willie, Jr.; Watson, Julia T.; *168 Thomas, Nathaniel C.; Thomas, Rickey L.; Thomas, Phaion L.; Mathis, Alma L.; Stuart, Lueressie Washington; Swiney, Shewondolyn; Swiney, Marshea; Swiney, Michael; Swiney, Joe, Jr.; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Second Circuit, No. 23653-CA; Parish of Richland, Fifth Judicial District Court, Div. “A”, No. 29,426.
Denied.
DENNIS, COLE and HALL, JJ., would grant the writ.